NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALFONSO K. WILLIAMS, )
)
      Appellant, )
)
v. )    Case No. 2D18-2927
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed February 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark R. Wolfe,
Judge.

Alfonso K. Williams, pro se.

PER CURIAM.

      Affirmed.  See Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006);

Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Williams v. State, 836 So. 2d

1082 (Fla. 2d DCA 2003); Sims v. State, 141 So. 3d 613 (Fla. 4th DCA 2014).


CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.